UNITED STATES DISTRICT COURT

IN THE DISTRICT OF COLUMBIA

Jaime Galvan
#34322279
B-3
FCI Gilmer
PO Box 6000
Glenville, W.Va. 26351
Pro Se Plaintiff

Case: 1:15-cv-00305
Assigned To : Unassigned
Assign. Date : 3/3/2015
Description: Pro Se Gen. Civil (F)

-v-

U.S. State Dept
c/o Exc, Off. USA
555 4th Street, N.W.
Washington DC 20001

" TRIAL BY JURY DEMAND "

Excutive Office US Attorney
555 4th Street, NW
Washington DC 20001

US Probation Office
S.D. Texas
600 East Harrison Street
Brwonsville, Texas 78520

Exc, Office U.S. DOJ
950 Pennsylvannia Ave. NW
Washinton DC 20530-0001

Unknown Exc. Office US DOJ Employees
c/o Exc. Off. US DOJ
950 Pennsylvannia Ave, NW
Washington DC 20530-0001

ALL IN OFFICIAL & UNOFFICIAL CAPACITY

PRO SE COMPLAINT
Pursuant To 5 USC § 552a(e)(5),(g)(1)(c),(g)(4)
42 USC § 1985(3)...



TABLE OF AUTHORITY /IAW POLICY

1.) <u>5 USC § 552a (e)(5)</u> ..... Each Agency maintains a system of records which are used by the agency in making any determination about any individual with such accuracy, relevance, timeliness and completeness as is reasonably neccessary to assure fairness to the individual in the determination an if such is used to [ draw adverse effect ] on such person by those records & the accuracy is not correct the Agency will be liable to that person for not less than $ 1000.00 as well as litigation cost ....

2.) <u>5 USC § 552a(g)(1)(c)</u> .... Civil Remedies are allowed when agency fails to maintain any record concerning any individual with such accuracy, relevance, timeliness, and completeness as is neccissary to assure fairness in any determination relating to the qualifications, character, rights, or opportunities of such, or benefits to the individual that may be made on the basis of such records, and consequntly a determination is made adverse to to the individual, may bring CIVIL ACTION in the district court ...

3.) *JUS SANGUINIS ........ Birth of a Child's parents dictates his Nationality

---

\* Acheson -v- Maenza
202 F2d 453(DCCir.1953)

2

" TABLE OF CONTENCE "                                    Pg#

1.) Table of Authority ............................. 2

2.) QUESTIONS PRESENTED TO THE COURT ................ 3

3.) STATEMENT OF FACTS & CHRONO OF EVENTS .......... 4,5,6,

4.) Damages & relief Requested ..................... 7

5.) CONCLUSION ...................................... 8

" SWORN AFFIRMATION OF PLAINTIFF "

Jaime Galvan ...28 USC § 1746

---

1.) Jaime Galvan hereby swears before Public Notary & Pursuant
28 USC § 1746 that all " EXHIBITS FILED " with this Complaint
are TRUE, ACCURATE COPIES , obtained from State of Texas &
Archives of other agnecies to prove that :

    1.) US ProbationDept.(Def't), US ATTORNEY(Def't)
    Exc.US State  Dept , US Court Dist.Of Texas
    Exc.off.US DOJ (UNKNOWN & KNOWN) all maintain
    files that are inaccaurate & viol. <u>5 USC § 552a
    (g)(1)(c),(g)(4),(e)(5)</u> causing [ adverse ]
    decision againt Plaintiff ...

    2.) INS /BOP Files are inaccurate & all are being
    being used to DRAW ADVERSE DECISION AGAINST the
    Plaintiff Jaime Galvan ....

Such is TRUA & ACCURATE SWORN UNDER SEAL Before a Public Notary !

Sworn By:

*Jaime Galvan*

Notary Signature

NOTARY PUBLIC OFFICIAL SEAL
Brad N. Shingler
Federal Correctional Institution-Gilmer
State of West Virginia
My Commission Expires
July 24, 2018
P.O. Box 5000
Glenville, WV 26351

## " QUESTIONS PRESENTED TO THE COURT "

1.) IS THE US STATE DEPARTMENT , obligated to maintain [ files ] on US Citizens that are Born Abroad when childs parents are traveling ...?

      Answer .... YES !

2.) IS THE Excutive OFFICE of US ATTORNEY  charged with the [ representation ] of US STATE DEPARTMENT ...?

      Answer ... Yes !

3.) Is The US Probation Office , required to investigate the person assigned by the US District Court an ACCURATE PSI & also the contense of such PSI , ie: Family's Origin, Work History etc ?

      Answer .... YES  !

4.) IS IT THE OBLIGATION OF  Exc.OFFICE of US ATTORNEY 's OFFICE to supervise & promulgate rules governing [ all ] Branch Offices of US Attorney..... ?

      Answer .... YES !

5.)* Excutive Office of <u>Federal Bureau of Prisons</u>, <u>DEA</u>, <u>FBI</u> , US Dept of Justice all under  <u>President of The United States</u> & <u>US Attorney General</u> are [ required ] to Follow rules of the U. S. Constitution & Law Policies enacted by Congress ?

      Answer .... YES !

---

    * Clinton -v- Jones
      137 Led 2d.945, 973(1997)

" STATEMENT OF FACT "

&
CHRONO OF EVENTS
_____

1.) That Jaime Galvan's " <u>PSI DRAFTED BY Def.US Probation</u> " and presented to US District Court by US Attorney's Office under the [ direct ] control of <u>Def.t Excutive Office of U.S. ATTORNEY & Exc. Office US DOJ</u> , violated the [ rules ] that was protected under " **JUS SANGUINIS** " and seen applied in " <u>Acheson -v- Maenza</u> " 202 f2d 453(Dc.cir.1953)...,which such " <u>ORDER OF DEPORTATION</u> " violates " **JUS SANGUINIS /JUS SOLI** " since " Grandmother Dora Vallejo " was born in Odem ,Texas <u>April 1,1929</u> , See Exhibit " A " Birth Certificate ...

    Note: Citizenship of Father is automatic
      United States Born ,even though
      birth was abroad...,under JUS SANGUINIS !

    Dora Vallejo (Grandmother) SSN
    #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 was not investigated
    by US Probation Office,US Attorney's
    Office, US State Dept. et al Defendants
    [ prior ] to be made Court Records
    used to draw adverse decision against
    Plaintiff Jaime Galvan...

2.) That Known & Unknown Exc. Office of US DOJ [ failed ] to investigate records of Jaime Galvan who was arrested for money laundering charges & [ <u>RECORDS BEING USED TO DRAW ADVERSE DECSION</u> ] to " DENY " him his " BIRTH RIGHT " & COUNTRY OF ORIGIN " such violates " <u>Title 5 USC § 552a(e)(5),(g)(1)(c) (g)(4)</u> , <u>42 USC § 1985(3)</u> , " <u>COINTEL PRO</u> " as seen applied in " Hobson -v- Wilson " 737 F2d 1,8-9(Dc.Cir.1984) by FBI & other US DOJ AGENCIES...<u>In Re US Attny Gen 1977 US App.LEXIS 11227</u> , and reciently in " US -v- Razzoli " 12-cr-550(SDNY) !

4

3.) " US District Court Records " of Jaime Glavan are not accurate & violate " 5 USC 552a(g)(1)(c),(g)(4) " , JUS SANGUINIS , see: " Acheson -v- Maenza " 202 f2d 253 (Dc.Cir.1952) , Lum Man Sing -v- Acheson , 1951 US Dist. LEXIS 2301 in regards to his US Citizenship ...

> Note: Court held hearing to validate
> such records was accurate & allowed
> for presenattion of wittinesses ...
>
> Social Security Records will prove
> " GrandMother Dora Vellajo " was
> US Citizen which is carried over to
> Jaime Glavan (Grandson) via JUS SANGUINIS!

Such proves that Defendant(s) US STATE Dept., US Probation Dept. , Exc.Office of US ATTORNEY , Exc.Off.US DOJ all did so intentionally violate " Title 5 USC § 552a(e)(5),(g)(1)(c), " "5 USC § 552a(g)(4) " ....5 USC § (6)(C) since Court has such subject matter /jurisdiction over such files .....
See: Elec. Privacy Info Cntr. -v- D.O.J. 2014 US Dist.LEXIS , 1650 , Muttit -v- Dept. of State 2013 US Dist.LEXIS 28747 , " Judicial Watch -v- National Archives & Reords Admin. " , 2012 U.S.Dist.LEXIS 26684 , Razzoli -v- USMS(SDNY) et al , 12-cv-3774(SDNY),2013 US.Dist.LEXIS 99257 UN_OPPOSED ... proving that US DOJ & it's agents will [ conceal ] records !

---

> See: Exhibit(s)  " A " State of Texas BirthCert# 368980
> Dora Vallejo (GrandMother)
> & other Documents attached proving Claim !

---

5

4.) That <u>Federal Bureau of Prisons</u> Files & Office of Immigration & Naturalization Files are " <u>INACCURATE</u> " and intentionally violate " <u>Title 5 USC z 552a(e)(5),(g)(1)(c),(g)(4)</u> ", 4th Amend , <u>5th Amend.,6th.Amend.8th.Amend.,14th. Amend.</u> of US constitution since as seen addressed in recient case of <u>Marino -v- DEA ,2013 U.S.Dist.LEXIS 172953 , 85 F3d 1076,1081</u> (Dc.Cir.2012) Rev'd & Rem'd for further procceedings since Plaintiff " <u>Provided Documentary Proof</u> " to the Court to [ preclude dismissal ] .... ( Emphasis Added) !

> Note: Jaime Galvan's ORDER OF DEPORTATION is
> [ undermined ] by **DOCUMENATRY PROFF** that
> Excutive Branch Agencies [ failed ] to investigate
> Birth Origin of Family of Jaime Galvan ..

Court held in " VACATING " lower Courts' decision of <u>Razzoli -v- BOP 230 f3d at 376 (DcCir.2000 )</u> Vacated & Rem'd [ stating ] Some-One Agency " MUST " have these reports !

Therefore " <u>Excutive Office of BOP</u> " , <u>Exc.Off. I.N.S.</u> , <u>Exc.Off. of US STATE Dept.</u> , Exc.Off.US DOJ must have these records of Birth of Family of Jaime Galvan ......proving the <u>**INTENTIONAL VIOLATION of JUS SANGUINIS**</u> , seeding citizenship over to Jaime Galvan Plaintiff .....
Proving such is warranting " TRIAL BY JURY DEMAND " .....!
See: <u>Lum Man Sing 1951 U.S.Dist. LEXIS 2301</u> supporting Trial By Jury Demand .....

6

## " DAMAGES REQUESTED BY PLAINTIFF "

Re-imbursement of all Court Cost , Postage Fees, Copy Fees, to date ......., Travel time & exspenses to investigate such documents that should have been investigated by US DOJ AGENT(s) listed as Defendant(s) ( US ATTONREY /US PROBATION & Exc,Off. US STATE DEPT .) ....

Loss of Future wages that will occur due to Fighting illegal detention ....To be determined By court for Truck Drivers FEES for Over The Road Truck driver...

Correction of Records of Birth & Families Birth Origin ( US BORN)

Trial By Jury Demand Pursuant to Fed.rules of Civil Proc. Rule 38

7

## " C O N C L U S I O N "

1.) Based upon " INTENTIONAL USE OF INACCURATE " records maintained by all " Defendant Agencies " causing adverse decision towards him being " WRONGFULLY CLASSIFIED BY US DISTRICT COURTS " as [ deportable alien & is not under JUS SANGUINIS ]   !

2.) Such Files/ exhibits presented warrants a TRIAL BY JURY DEMAND since Material Facts are in dispute with files of Defandant(s) US Probation , Exc.Off.US State Dept., Exc.Off.US ATTRONEY, Exc. Off. US DOJ et.al: (KNOWN & UNKNOWN) ......

presented under oath pursuant to 28 USC § 1746 & Sworn Before Public Notary .....18 USC § 1623 !

Date: 12-22-14

Submitted By:

Jaime Galvan
Pro Se Plaintiff

NOTARY PUBLIC OFFICIAL SEAL
Brad N. Shingler
Federal Correctional Institution-Gilmer
State of West Virginia
NOTARY SEAL AFFIXED
My Commission Expires
July 24, 2018
P. O. Box 5000
Glenville, WV 26351

Noatry Signature